### (November 6, 1944)

JOSEPH J. FLATTEN, Respondent, v. RONDEN REALTY CORPORATION et al., Appellants, and CITY CONTRACTORS, INC., Respondent-Appellant.— Motions for reargument denied, with ten dollars costs. Motions for leave to appeal to

the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. [See *ante,* p. 864.] Present — Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ.